750

No. 286. HICKMAN v. RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 293. ATER v. RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Warren County, Illinois, denied.

No. 294. LANE v. RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 295. BIANCONE v. BURKE, WARDEN. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.

No. 299. PALUMBO v. JACKSON, WARDEN. October 14, 1946. Petition for writ of certiorari to the Court of Appeals of New York denied. Petitioner pro se. Nathaniel L. Goldstein, Attorney General of New York, and Wendell P. Brown, Solicitor General, for respondent.

No. 300. EVERETT v. DOWNING. October 14, 1946. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. Petitioner pro se. Louis Seelbach for respondent.